UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSEN SAFAYET,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, et al.,<br><br>Respondents. | Case No.  1:26-cv-00126-JLT-HBK (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT KAREN PEDRAZA AS COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the Court's February 11, 2026 Order (Doc. 13), the appointing authority for the Eastern District of California confirmed that Karen Pedraza has been appointed, on an ad hoc basis, as counsel for Petitioner, effective as of February 17, 2026.

Accordingly, it is **ORDERED**:

1. The Clerk of Court SHALL update the docket to reflect Karen Pedraza as counsel for the Petitioner in this matter.

2. The Clerk of Court SHALL serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. In accordance with the Court's previous order (Doc. 13), no later than **March 4, 2026**,

1

Petitioner shall file any further pleadings or documents necessary for this court to rule on the matter.

Dated:     February 17, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE